CLAY, ROBINSON & COMPANY, Appellants, v. THE MAYNARD SAVINGS BANK, et al.

OPINION ON APPEAL. Where the facts are undisputed, and no questions of law are presented rendering an opinion necessary, the judgment, under Code, section 198, will be affirmed without opinion.

*Appeal from Fayette District Court.*—HON. L. E. FELLOWS, Judge.

SATURDAY, JANUARY 22, 1898.

ACTION in replevin for certain cattle mortgaged to the plaintiff. A writ issued, and the cattle were seized by virtue thereof. The answer put in issue plaintiff's right to recover because the cattle seized were not those mortgaged to the plaintiff, because some of the cattle were not owned by plaintiff's mortgagor when the mortgage to plaintiff was made, and because the description in the mortgage was not sufficient to impart notice. The defendant bank also claimed the property by virtue of a chattel mortgage thereon in its favor. At the close of plaintiff's evidence the court sustained a motion by defendants for judgment in their favor, and from such judgment the plaintiff appealed.—*Affirmed.*

*W. E. Fuller* and *E. E. Hasner* for appellant.

*Ainsworth & Ainsworth* and *D. W. Clements & Son* for appellees.

PER CURIAM.—The facts are not in dispute, and there are no law questions that render an opinion necessary, and, under section 198 of the Code, none need be filed. The judgment will stand AFFIRMED